```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**NAMEL NORRIS,**                             21-cv-220 (JGK)

        **Plaintiff,**                **ORDER**

    - against -

**COSMIC FISCHER LOCKS, INC., ET AL.,**

        **Defendants.**

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff should file an Order to Show Cause for a default judgment by March 31, 2021.  If the plaintiff fails to do so, the case may  be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **March 18, 2021**

                                    /s/ John G. Koeltl
                                        **John G. Koeltl**
                              **United States District Judge**