# THE WEITZ LAW FIRM, P.A.

18305 Biscayne Blvd., Suite 214
Bank of America Building
Aventura, Florida 33160
Main: 305-949-7777
Fax:   305-704-3877

April 14, 2021

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street- Courtroom 14A
New York, New York 10007

---

Application granted.  Adjourned until May 20, 2021 at 3:30pm.

SO ORDERED.

/s/ John G. Koeltl
New York, New York          John G. Koeltl
April 19, 2021                      U.S.D.J.

---

      Re:   **Norris v. Cosmic Fischer Locks, Inc., et al.**
             **Case 1:21-cv-00220-JGK**

Dear Judge Koeltl:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      The Initial Pretrial Conference in this matter is currently scheduled for April 19, 2021 at 4:00 p.m. in your Honor's Courtroom. The parties concur that this hearing is premature at this time in this matter. Tenant Cosmic Fischer Locks, Inc. held early settlement discussions with the undersigned today in an attempt to resolve this matter. Additional discussions will be in order, nonetheless, at this time, counsel just recently appeared in this case. Furthermore, the Answer to Complaint from Landlord Amethyst West Housing Development Fund Corporation is as yet due.

      For the above-stated reasons, the undersigned and parties hereby respectfully request a 30-day adjournment for the Conference to a date convenient to the Court. The undersigned has conferred with counsel for the defendants who consent to the filing of this motion.

      This Court may wish to take notice that this is Plaintiff's first request for adjournment of this Conference. Thank you for your attention to this request.

                              Sincerely,

                              By: /S/ B. Bradley Weitz
                                   B. Bradley Weitz, Esq. (BW 9365)
                                   The Weitz Law Firm, P.A.
                                   Attorney for Plaintiff
                                   18305 Biscayne Blvd., Suite 214
                                   Aventura Florida, 33160
                                   Telephone: (305) 949-7777
                                   Facsimile: (305) 704-3877
                                   Email: bbw@weitzfirm.com