# BRAVERMAN | GREENSPUN

A PROFESSIONAL CORPORATION

May 13, 2021

*Via ECF*
Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

*[Handwritten: Conference adjourned to June 8, 2021 at 2:30 P.M. So ordered. JGKoeltl U.S.D.J. 5/19/21]*

Re:  <u>Norris v. Cosmic Fischer Locks, Inc.</u>, (S.D.N.Y. Case No. 1:21-cv-220)

Dear Hon. Koeltl:

This firm is counsel to the defendant, Amethyst West Housing Development Fund Corporation. I write at this time with the knowledge and consent of counsel to all parties in this action, to advise the Court that the parties are engaged in settlement discussions, and to request that the pre-trial conference scheduled for Thursday, May 20, 2021 be adjourned while the parties work to resolve this matter.

Counsel for the plaintiff has agreed to adjourn until June 4, 2021 the defendants' time to respond to the complaint. It is our hope that we can resolve this matter prior to that date.

Respectfully submitted,

*[signature]*
Tracy Peterson

cc:  B. Bradley Weitz, Esq.
     Allison Furman, Esq.
     (*via ECF*)