# THE WEITZ LAW FIRM, P.A.

18305 Biscayne Blvd., Suite 214
Bank of America Building
Aventura, Florida 33160
Main: 305-949-7777
Fax:  305-704-3877

June 2, 2021

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street- Courtroom 14A
New York, New York 10007

*[Handwritten: Conference adjourned to 7/15/21 at 4:30 P.M. So ordered. John G. Koeltl U.S.D.J. 6/3/21]*

      Re:    **Norris v. Cosmic Fischer Locks, Inc., et al.**
             **Case 1:21-cv-00220-JGK**

Dear Judge Koeltl:

The undersigned represents the Plaintiff in the above-captioned case matter.

Per Order [D.E. 22], the Initial Pretrial Conference in this matter is currently scheduled for June 8, 2021, at 2:30 p.m. in your Honor's Courtroom. The parties are currently engaged in earnest settlement discussions in pursuit of a potential resolution of this matter.

In order to conserve further attorney's fees and costs, the parties have agreed to adjourn the Conference. Plaintiff, therefore, respectfully requests a 30-day adjournment of the Initial Pretrial Conference in order to endeavor to finalize settlement amongst the parties.

The undersigned has conferred with counsel for the Defendants, who consent to the filing of this motion.

This Court may wish to take notice that this is Plaintiff's second request for adjournment of this Conference. Thank you for your attention to this request.

                              Sincerely,

                              By: /S/ B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW 9365)
                                  The Weitz Law Firm, P.A.
                                  Attorney for Plaintiff
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura Florida, 33160
                                  Telephone: (305) 949-7777
                                  Facsimile: (305) 704-3877
                                  Email: bbw@weitzfirm.com

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6-3-2021]